IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OMAR FLORES, | ) | |
|     Petitioner, | ) | Civil Action No. 7:12-cv-00611 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| CHRISTOPHER ZYCH, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

    Omar Flores, a federal inmate proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. In his initial petition, Flores quoted 18 U.S.C. § 3585, but made no allegations as to how that statute related to him or what claims for relief he intended to raise in this court.[1] The court conditionally filed the action and directed Flores, *inter alia*, to complete a § 2241 form petition. Flores has responded to the court's order and submitted a completed § 2241 form. However, in the space provided for the petitioner to list his claims, Flores wrote "N/A." Therefore, Flores has failed to allege any claim for relief under § 2241 to this court. Accordingly, I will dismiss this action without prejudice to Flores' opportunity to refile his claims in a separate action.

    The Clerk of the Court is directed to send a copy of this memorandum opinion and the accompanying order to petitioner.

    **ENTER:** This 15th day of January, 2013.

                                                                         */s/ Norman K. Moon*
                                                                         NORMAN K. MOON
                                                                         UNITED STATES DISTRICT JUDGE

---

[1] The court notes that along with his initial petition, Flores also submitted copies of a court order from Georgia and copies of his requests for administrative remedy to the Bureau of Prisons; however, Flores has made no allegation to this court as to how those documents relate to any claim he intends to bring in this court.