IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OMAR FLORES, | ) | |
|     Petitioner, | ) | Civil Action No. 7:12-cv-00611 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| CHRISTOPHER ZYCH, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion entered on this day, it is hereby

**ORDERED**

that Flores' 28 U.S.C. § 2241 petition is **DISMISSED without prejudice** and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

**ENTER:** This 15th day of January, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE